May Term,
1854.

BEAIRD *v.* THE UNITED STATES.

SMITH
*v.*
STEWART.

Where the record, in a cause commenced before a justice of the peace, does not disclose a cause of action, it will be presumed on error that none was filed. A trial without an issue is erroneous.

*Thursday,*
*June 8.*

ERROR to the *Fayette* Circuit Court.

DAVISON, J.—The *United States of America* sued *Beaird,* late post-master at *Brownsville, Indiana,* before a justice of the peace, and obtained a judgment. *Beaird* appealed. In the Circuit Court, judgment was rendered for the plaintiff below.

The record before us does not disclose the cause of action, and we must presume that none was filed. There being no cause of action on file, there could be no issue in the case; and a trial without an issue is erroneous. *Bell* v. *Trotter,* 4 Blackf. 12.—*Denby* v. *Hart, id.* 13.—*Wilbridge* v. *Case,* 2 Ind. 36.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*J. A. Fay,* for the plaintiff.

*S. W. Parker,* for the defendant.